# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO: EP:17-M -04041(2) -LS |
| | § | |
| (2) Yamel Aguilar-Martinez | § | |

**DETENTION ORDER**

On October 05, 2017, a hearing was scheduled on the Government's Motion to Detain Defendant without bond. Prior to the hearing, counsel for the Defendant announced to the Court that the Defendant did not contest the Government's Motion.

Accordingly, the Court finds that there are no conditions of release that will reasonably assure the appearance of the Defendant. It is therefore ORDERED that the Defendant be detained without bond and the Defendant is hereby committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further ORDERED that the Defendant shall be afforded a reasonable opportunity for private consultations with counsel.

It is further ORDERED that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of appearing in connection with any court proceeding.

SIGNED AND ENTERED on October 05, 2017.

_____
LEON SCHYDLOWER
U.S. MAGISTRATE JUDGE